RECEIVED
IN ALEXANDRIA, LA.

APR 1 2 2013

TONY R. MOORE, CLERK
_____
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| OSCAR HILLS IV | DOCKET NO. 1:12-CV-3061; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| WARDEN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Oscar Hills, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Hill's petition be **DENIED AND DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 12th day of April, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE